

# COURT OF APPEALS

SANDEE BRYAN MARION
CHIEF JUSTICE
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
IRENE RIOS
BETH WATKINS
LIZA A. RODRIGUEZ
JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE,
CLERK OF THE
COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

February 7, 2019

Sawnie A. McEntire
Parsons Mcentire McCleary & Clark
1700 Pacific Ave Ste 4400
Dallas, TX 75201-7324
* DELIVERED VIA E-MAIL *

Daniel Pozza
Pozza & Whyte, PLLC
239 E. Commerce St.
San Antonio, TX 78205-2923
* DELIVERED VIA E-MAIL *

Ricardo R. Reyna
Brock Person Guerra Reyna, PC
17339 Redland Road
San Antonio, TX 78247
* DELIVERED VIA E-MAIL *

Laurence S. Kurth
Akerman LLP
112 E. Pecan St., Suite 2750
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Craig T. Enoch
ENOCH KEVER PLLC
5918 W. Courtyard, Suite 500
Austin, TX 78730
* DELIVERED VIA E-MAIL *

Marcella Algarra
Thornton, Biechlin, Reynolds,
Guerra
100 NE Loop 410, Ste. 500
San Antonio, TX 78216
* DELIVERED VIA E-MAIL *

Melanie Hessler Sanders
Kustoff Phipps, LLP
4103 Parkdale Street
San Antonio, TX 78229-2520
* DELIVERED VIA E-MAIL *

RE:  Court of Appeals Number:  04-17-00332-CV
     Trial Court Case Number:   2012-CI-11952
     Style: AME & FE Investments, Ltd.
            v.
            NEC Networks, LLC, dba CaptureRX

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,

KEITH E. HOTTLE,
Clerk of Court

Cecilia Phillips
Deputy Clerk, Ext. 5-3221

cc: William H. Oliver (DELIVERED VIA E-MAIL)
Matthew F. Wymer (DELIVERED VIA E-MAIL)
Eric Alan Scott (DELIVERED VIA E-MAIL)
Shelby Leigh Obrien (DELIVERED VIA E-MAIL)
Dinah L. Gaines (DELIVERED VIA E-MAIL)
David V. Jones (DELIVERED VIA E-MAIL)
Lorien Whyte (DELIVERED VIA E-MAIL)
Michael Alexander Nava (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

February 7, 2019

No. 04-17-00332-CV

**AME & FE INVESTMENTS, LTD.,**
Appellant

v.

**NEC NETWORKS, LLC, DBA CAPTURERX,**
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-11952
Honorable David A. Canales, Judge Presiding

# O R D E R

The Appellant's First Unopposed Motion to Extend Time to File Motion for Rehearing is hereby GRANTED. Time is extended to March 11, 2019.

It is so **ORDERED** on this 7th day of February, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

February 7, 2019

No. 04-17-00332-CV

**AME & FE INVESTMENTS, LTD.,**
Appellant

v.

**NEC NETWORKS, LLC, DBA CAPTURERX,**
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-11952
Honorable David A. Canales, Judge Presiding

# O R D E R

The Appellant's First Unopposed Motion to Extend Time to File Motion for Rehearing is hereby GRANTED. Time is extended to March 11, 2019.

It is so **ORDERED** on this 7th day of February, 2019.

PER CURIAM

ATTESTED TO:  /s/ Keith E. Hottle
KEITH E. HOTTLE
Clerk of Court

Entered this 7th day of February 2019